## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NIKEA BYERS, et al.,

        *Plaintiffs,*

    v.

SUNRISE SENIOR LIVING, LLC, et al.,

        *Defendants.*

CIVIL ACTION
NO. 26-448

## ORDER

**AND NOW**, this 10th day of June, 2026, upon consideration of Defendants' Motion to Transfer Venue (Dkt. No. 13), Plaintiffs' Response (Dkt. No. 15), Defendants' Reply (Dkt. No. 18) and Plaintiffs' Notice of Supplemental Authority (Dkt. No. 20), it is **ORDERED** the Motion is **GRANTED**:

1. This case is **TRANSFERRED** to the United States District Court for the Eastern District of Virginia; and

2. The Clerk of Court shall mark this case **CLOSED**.

        BY THE COURT:

        */s/ Gerald J. Pappert*
        Gerald J. Pappert, J.